A90A0184. DEPARTMENT OF MEDICAL ASSISTANCE OF GEORGIA et al. v. BEVERLY ENTERPRISES, INC.
(406 SE2d 141)

BANKE, Presiding Judge.

The decision previously rendered by this court in the above-styled case, reported at 195 Ga. App. 753 (395 SE2d 15) (1990), having been reversed by the Supreme Court in *Department of Med. Assistance &c. v. Beverly Enterprises*, 261 Ga. 59 (401 SE2d 499) (1991), that decision is hereby vacated; and, in accordance with the decision of the Supreme Court, the judgment of the trial court is hereby reversed.

*Judgment reversed. Sognier, C. J., and Birdsong, P. J., concur. Cooper, J., disqualified.*

DECIDED APRIL 15, 1991.

*Michael J. Bowers, Attorney General, H. Perry Michael, Executive Assistant Attorney General, Stephanie B. Manis, Deputy Attorney General, William C. Joy, Kathryn L. Allen, Senior Assistant*

*Attorneys General,* for appellants.

*Troutman, Sanders, Lockerman & Ashmore, Herbert D. Shellhouse,* for appellee.